1  Osman M. Taher, Esq. (State Bar No. 272441)
   **TAHER LAW FIRM**
2  20062 S.W. Birch Street, Ste. 200
3  Newport Beach, CA 92660
   Email:       info@taherlawfirm.com
4  Phone:       (949) 734-0108
5  Fax:         (888) 515-5510

6
7  Attorney for Plaintiff: CARMEN JOHN PERRI

8
9               UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  CARMEN JOHN PERRI, an | Case No. 2:21-cv-00926-GW-JPR |
| 13  individual, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| 14 | |
| 15        Plaintiff, | |
| 16  v. | |
| 17 | Complaint Filed: 2/1/2021 |
| 18  DSC-AMERICA, INC., a California corporation; and DOES 1-10, inclusive, | |
| 19 | |
| 20 | |
| 21        Defendants. | |

22
23      TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN
24      NOTICE IS HEREBY GIVEN that the parties to this case have reached
25  settlement of this case in its entirety.
26  ///
27  ///
28  ///

1  The parties are currently working on finalizing the terms of a written settlement
2  agreement, and should be able to have a fully executed settlement agreement in the
3  next 45 to 60 days.

Respectfully Submitted

Dated: May 12, 2021            **TAHER LAW FIRM**

By: /s/ Osman M. Taher, Esq.
    Osman M. Taher, Esq.
    Attorney for Plaintiff