JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DSC-AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 21-926-GW-JPRx<br><br>**ORDER RE DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by plaintiff, Carmen John Perri ("Plaintiff"), and defendant, DSC-America, Inc. ("Defendant"), the Court hereby enters a dismissal with prejudice

1
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

of Plaintiff's Complaint in the above-entitled action, in its entirety.

Each party shall bear its own costs and fees.

    IT IS SO ORDERED.

DATED: August 5, 2021

*George H. Wu*

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE